AO 450 (Rev. 01/09)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

STEVEN W. HUDSON
    Plaintiff

v.   Civil Action No. 1:20-cv-152

MARK FELLER
*Officer*
    Defendant

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the Plaintiff(s), _____ recover from the Defendant(s) _____ damages in the amount of _____, plus post-judgment interest at the rate of ____ %

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant recover costs from the plaintiff _____

**X** Other: JUDGMENT IS ENTERED in favor of the Defendant Mark Feller, and against the Plaintiff Steven W. Hudson.

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

**X** decided by Judge Holly A Brady on Motion for Summary Judgment by Defendant Feller

DATE: 12/21/2021            GARY T. BELL, CLERK OF COURT

                                                           by   s/S. Kowalsky
                                                                   *Signature of Clerk or Deputy Clerk*